UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| UNITED STATES OF AMERICA, | CASE NO. 11CR3270-AJB |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ANGEL MIRANDA-REYES, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8:1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 09/06/2011

MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE